# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: _____ V.S. John Ryan

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): John Ryan

1. [X] Defendant—Adult
2. [ ] Defendant - Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other

DOCKET NUMBERS
Magistrate: MD3-M-884JIA
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box): [X] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? [ ] Yes  [X] No  [ ] Am Self-Employed
- Name and address of employer: Self
- IF YES, how much do you earn per month? $ 1000
- IF NO, give month and year of last employment: _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? [ ] Yes  [X] No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $ _____  SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? [ ] Yes  [ ] No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: $ _____  DESCRIPTION: _____

**DEPENDENTS**
- MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| M.V Shipyard | | $ | $ 150 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ John Ryan  8/13