AO 458 (Rev. 5/85)  Appearance

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
JOHN RYAN

**APPEARANCE**

CASE NUMBER: MJ03-m-884 MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN RYAN.

August 19, 2003.
*Date*

FILED IN OPEN COURT
U.S. DISTRICT COURT
AUG 1  2003
RECEIVED

_Karen A. Pickett_
*Signature*

KAREN A PICKETT
*Print Name*
Donnelly, Conroy + Gelhaar, LLP
One Beacon St., 33rd Fl.
*Address*
Boston, MA  02108
*City          State       Zip Code*
(617) 720-2880
*Phone Number*