UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ03-M-884 MBB

UNITED STATES OF AMERICA

V.

JOHN RYAN

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

August 22, 2003

ALEXANDER, U.S.M.J.

On August 19, 2003, the defendant appeared before this Court for the purpose of a detention hearing, which included the preliminary examination. The government was represented by Assistant United States Attorney Susan Poswistilo on behalf of Robert Peabody and the defendant was represented by attorney Karen Pickett on behalf of Barry Pollack. The government made an oral motion to detain the defendant pursuant to 18 U.S.C. § 3142 (f)(1)(A) and (f)(2)(A).

In that the defense counsel had just met with the defendant on the scheduled date of the hearing, counsel requested a continuance to prepare until after Labor Day. The Court inquired of the defendant as to whether he agreed and consented to detention, without prejudice, pending the hearing. The defendant orally responded affirmatively. Accordingly, the hearing will be conducted before Chief Magistrate Judge Bowler at 2:00 PM on Wednesday, September 3, 2003, in Courtroom # 25 on the 7th floor of the United States

Courthouse, 1 Courthouse Way, Boston, Massachusetts. It is ORDERED that the defendant be detained, without prejudice, by the United States Marshal until said time and produced for the hearing.

SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE