AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JOHN RYAN

**WARRANT FOR ARREST**

CASE NUMBER: MJH 03-884-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____John Ryan_____
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess with Intent to Distribute Marijuana

in violation of Title __21__ United States Code, Section(s) __846__

Marianne B. Bowler
Name of Issuing Officer

Marianne B. Bowler USMJ
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

08-05-2003    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY DEA |
| Y ARREST/ARRAIGNMENT OF THE |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  8/13/03  SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: John Ryan

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                    WEIGHT:

SEX:   Male                                RACE:

HAIR:                                      EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street, Room E-400

Boston, MA