| JUDGE/MAG. CODE: MBB | CRIMINAL COURTNOTE FORM (PRE-TRIAL) | DATE COMPLETED: 9/3/03 |
|---|---|---|
| DOCKET NO: 03-884 | | CLERK: Cole |
| AUSA: Peabody | | REPORTER: tape |
| DEFENDANT(s) NAME(s): John Ryan | | DEFENSE COUNSEL: Pollack |

### ARREST

| CHARGING INSTRUMENT<br>☐ Indictment ☐ Complaint ☐ Probable Cause<br>☐ Information ☐ Warrant | CHARGING DISTRICT | ARRESTING DISTRICT | DATE OF ARREST / / |

### U.S. CUSTODY

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE / / | CUSTODY END DATE / / | STATE/OTHER CUSTODY |

### FIRST APPEARANCE

| CHARGING INSTRUMENT<br>☐ Indictment ☐ Information ☐ Complaint | DATE / / |

### BAIL

| ☐ Hearing Held  Date / /  TIME:<br>☐ Set For  ☐ Reset For | ☐ Bail Set  ☐ Bail Reset<br>☐ Bail Continued as Set On | BAIL SET AT: |

### DETENTION

| ☒ Hearing Held  Date 9/3/03  TIME: 2pm<br>☐ Set For  ☒ Reset For 9-5-03 11am | ☐ Deft. Detained Pending Hearing On  / /  at<br>☐ Deft. Detained Pending Trial |

### COUNSEL

| ☐ FIRST APPEARANCE THROUGH<br>☐ CHANGE | DATE / / | TYPE | ☐ CJA  ☐ SELF<br>☐ PD  ☐ RETAINED |

### ARRAIGNMENT

| ☐ Held  Date / /  Time:<br>☐ Set For  ☐ Reset For | Plea of ___ Entered On Counts ___<br>Counts to be Dismissed ___ | Govt. Response To U.O.A.D. Due  / / |
| Motions Due By  / / | Govt. Response By  / / | Trial Date on Counts ___<br>☐ Set For  ☐ Reset For  / /  Time: |

### HEARING OR CONFERENCE

| ☒ Hearing  ☐ Held  ☐ Waived  Date / /<br>☐ Conference  ☐ Set For  ☒ Reset For  Time: | TYPE: ☐ Motions  ☐ Status  ☐ Scheduling<br>☐ Removal  ☒ Prel Exam.  ☐ Addiction  ☐ Mental/Physical |

### CHANGE OF PLEA

| ☐ Held  Time:<br>☐ Set For  ☐ Reset For  Date / / | Plea of ___ Entered on Cts. ___<br>Plea of ___ Accepted on Cts. ___ | Counts ___<br>To Be Dismissed |
| DISPOSITION ON PLEA  ☐ Set For  Date / /<br>☐ Reset For  Time: | Date Accepted into PTD Program  / / | Guilty Pleas Withdrawn On Cts. ___ Date / / |

### NOTES

Hearing on probable cause continued to Sept 5th @ 11am. Detention hrg. held as to releasing deft. on bail to third party custodian. Ms Ryan, deft's sister, testifies. Court to hear testimony of Mr. Cavalletto on Sept 5th @ 11am. Court discusses possibility of releasing deft. on $150,000 bail w/ bracelett

White — "Docket Clerk"   Yellow — "U.S. Attorney"   Pink — "Courtroom Deputy"   Gold — "Defense Counsel"

*Form CR01-USA 38-1*                                                                               *Pre-Trial Courtnote Form*