UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -5 P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) | Criminal No. |
| --- | --- | --- |
| v. | ) | 21 U.S.C. §841(a)(1) |
| JOHN RYAN | ) | Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana |
| Defendant. | ) | 03CR 10372 NG |

### INFORMATION

COUNT ONE:   (21 United States Code Section 846 – Conspiracy to Possess with Intent to Distribute Marijuana)

The United States Attorney charges that:

From on or about March 15, 2003 and continuing until on or about May 28, 2003 at Canton, Dracut, and elsewhere in the District of Massachusetts, in the Southern District of California, and elsewhere,

**JOHN RYAN**

defendant herein, knowingly and intentionally combined, conspired and agreed with other persons known and unknown, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections

846 and 841(b)(1)(B)(vii).

                                                **MICHAEL J. SULLIVAN**
                                                United States Attorney

                                      By: /s/ Robert L. Peabody
                                                **ROBERT L. PEABODY**
                                                Assistant U.S. Attorney