# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

United States

v.

JOHN RYAN

### ORDER SETTING ARRAIGNMENT/ RULE 11 HEARING

GERTNER, DJ:

Please take notice that the above-entitled case has been scheduled for an arraignment/ Rule 11 hearing on **January 21, 2004 at 2:15 P.M.,** in Courtroom #2,3rd floor.   The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the entry of a guilty plea.

It is ORDERED that a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea, shall be submitted to the Court by no later than 12:00 Noon the day before the scheduled Rule 11 hearing.

IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL REPORT TO PRETRIAL SERVICES BY 9:00 A.M. FOR INTERVIEW TO ENABLE THE PREPARATION OF A PRETRIAL REPORT.  THE DEFENDANT SHALL ALSO REPORT TO THE UNITED STATES MARSHAL FOR PROCESSING PRIOR TO THE HEARING.

By the court,

/s/ Maryellen Molloy
Deputy Clerk

DATE: January 9, 2004