UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) Criminal No. 03-10372-NG | |
| ) | |
| JOHN RYAN, ) | |
| ) | |
| Defendant ) | |

## WAIVER OF INDICTMENT

I, JOHN RYAN, the above-named defendant, who is accused of conspiracy to possess with intent to distribute and to distribute more than 100 kilograms of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §846, being advised of the nature of the charge, the proposed information, and my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
JOHN RYAN
Defendant

_____
BARRY POLLACK, ESQ.
KAREN PICKETT, ESQ.
Counsel for the Defendant

Before: _____
Judicial Officer