UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN RYAN, )<br>)<br>    Defendant. ) | Criminal No. 03-10372-NG |

### ASSENTED TO MOTION FOR CONTINUANCE OF JOHN RYAN'S SENTENCING FROM APRIL 27, 2004 TO A DATE IN JULY OR AUGUST 2004

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Robert L. Peabody, as well as defendant John Ryan, by counsel Barry Pollack and Karen Pickett, hereby moves this Honorable Court to continue the sentencing of John Ryan from April 27, 2004 until a date in July or August 2004 (except the week of July 12, 2004).

In support, the government reports that Ryan has been actively cooperating with the government in a marijuana distribution investigation that has roots in southern California, as well as Dracut, MA and Canton, MA. Ryan's co-conspirators in this matter, John Gillies and Benjamin Silver, are currently charged in an Indictment pending before the Hon. Mark Wolf. This matter has not been resolved yet but the government expects that it will be resolved by the summer.

Since the government anticipates that Ryan will, inevitably, receive the sentencing benefits under U.S.S.G. §5K1.1, it makes

2

sense to continue his April 27, 2004 sentencing until the summer to permit the Gillies/Silver matter to be resolved and his cooperation to be made complete.

                    Respectfully submitted,

                    **MICHAEL J. SULLIVAN**
                    United States Attorney

                    **ROBERT L. PEABODY**
                    Assistant U.S. Attorney
                    617 748-3240

**Dated:** April 2, 2004

3

**CERTIFICATE OF SERVICE**

Suffolk,  ss.                                    Boston, Massachusetts
                                                 April 2, 2004

    I, Robert L. Peabody, do hereby certify that I have caused a copy of the foregoing to be served by postage-prepaid first class mail delivery, upon counsel for John Ryan, Barry S. Pollack, Esq. and Karen A. Pickett, Esq., of Donnell, Convoy & Gelhaar, LLP, One Beacon Street, Boston, MA 02108.

                                                                                                                                                                                                        */s/ Robert L. Peabody*
                                                       **ROBERT L. PEABODY**
                                                       Assistant U.S. Attorney