UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10372-NG |
| ) | |
| JOHN RYAN ) | |

## DEFENDANT JOHN RYAN'S MOTION
## FOR MODIFICATION OF RELEASE CONDITIONS
## (NO OBJECTION BY GOVERNMENT OR PRETRIAL SERVICES)

Defendant John Ryan ("Mr. Ryan") hereby moves the Court to modify his current release conditions as follows:

1.   Mr. Ryan shall be removed from electronic monitoring. Mr. Ryan shall reside with his sister, Sheila Ryan, at 924 West End Avenue, Apt. # 21, New York City, New York 10025, until the date of his sentencing.

2.   Mr. Ryan shall report to Pretrial Services as directed by them.

3.   All previous conditions of release shall remain in effect.

The Pretrial Services Officer assigned to Mr. Ryan's case, Christopher Wylie, has reviewed this motion and has no objection to it.

The government also has reviewed this motion and also does not object to it, provided that Mr. Ryan follow the procedures outlined above.

WHEREFORE, Mr. Ryan respectfully requests that the Court order that Mr. Ryan's release conditions be modified as stated above.

Respectfully submitted,
JOHN RYAN
By his attorneys,

*Karen A. Pickett*
_____
Barry S. Pollack
Karen A. Pickett
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

DATED:   April 30, 2004

*and Prefture Service*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 4/30/04

2