UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 03-10372-NG |
| JOHN RYAN ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant John Ryan ("Mr. Ryan") respectfully moves this Court to continue the date of his sentencing, currently scheduled for January 26, 2005, to a date during the week of April 25, 2005. Mr. Ryan's counsel has consulted with the Assistant United States Attorney assigned to the case, Susan Poswistilo, and they have agreed that Mr. Ryan's sentencing be continued until issues are resolved in other, related cases. Mr. Ryan currently is on pretrial release and living with his sister in New York City.

WHEREFORE, Mr. Ryan respectfully requests that the Court continue his sentencing to a date in the week suggested above.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 1/5/05   Karen Pickett

Respectfully submitted,
JOHN RYAN
By his attorneys,

_Karen A. Pickett_
Barry S. Pollack
Karen A. Pickett
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated:        January 5, 2005