UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JOHN RYAN ) | CRIMINAL NO. 03-10372-NG |

### AGREED-UPON MOTION TO CONTINUE SENTENCING HEARING

Defendant John Ryan ("Mr. Ryan") respectfully moves this Court to continue the date of his sentencing, currently scheduled for April 26, 2005, to a date during the week of July 11, 2005. Mr. Ryan's counsel has consulted with the Assistant United States Attorney assigned to the case, Susan Poswistilo, and they have agreed that Mr. Ryan's sentencing be continued until issues are resolved in other, related cases. Mr. Ryan currently is on pretrial release and living with his sister in New York City.

WHEREFORE, Mr. Ryan respectfully requests that the Court continue his sentencing to a date in the week suggested above.

Respectfully submitted,
JOHN RYAN
By his attorneys,

_Karen A. Pickett_
Barry S. Pollack
Karen A. Pickett
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 4/5/05 _Karen Pickett_

Dated: April 5, 2005