UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JOHN RYAN )  | CRIMINAL NO. 03-10372-NG |

### AGREED-UPON MOTION TO CONTINUE SENTENCING HEARING

Defendant John Ryan ("Mr. Ryan") respectfully moves this Court to continue the date of his sentencing, currently scheduled for October 5, 2005, to a date in late February 2006, preferably the week beginning February 27, 2006. Mr. Ryan's counsel has consulted with the Assistant United States Attorney assigned to the case, Susan Poswistilo, and they have agreed that Mr. Ryan's sentencing be continued until issues are resolved in other, related cases. Mr. Ryan currently is on pretrial release and living with his sister in New York City.

WHEREFORE, Mr. Ryan respectfully requests that the Court continue his sentencing to a date in the week suggested above.

                                                Respectfully submitted,
                                                JOHN RYAN
                                                By his attorneys,

                                                /s/    Karen A. Pickett
                                                Karen A. Pickett (BBO# 633801)
                                                Donnelly, Conroy & Gelhaar, LLP
                                                One Beacon Street, 33rd Floor
                                                Boston, MA  02108
                                                (617) 720-2880

Dated:          September 27, 2005