UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                             )<br>                                   )    CRIMINAL NO. 03-10372-NG<br>JOHN RYAN                 ) | |

### AGREED-UPON MOTION TO CONTINUE SENTENCING HEARING

Defendant John Ryan ("Mr. Ryan") respectfully moves this Court to continue the date of his sentencing, currently scheduled for February 27, 2006, for sixty days, preferably to some day in the week beginning April 24, 2006. Mr. Ryan's counsel has consulted with the Assistant United States Attorney assigned to the case, Timothy Feeley, and they have agreed that Mr. Ryan's sentencing be continued until issues are resolved in other, related cases. Mr. Ryan currently is on pretrial release and living with his sister in New York City.

WHEREFORE, Mr. Ryan respectfully requests that the Court continue his sentencing to a date in the week suggested above.

Respectfully submitted,
JOHN RYAN
By his attorneys,

/s/   Karen A. Pickett
Karen A. Pickett (BBO# 633801)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated:        February 7, 2006