UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        V.                )    CRIMINAL NO. 03-10372-NG
                          )
JOHN RYAN                 )
```

APPEARANCE OF GOVERNMENT COUNSEL

    The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                     By:  /s/ Timothy Q. Feeley
                          TIMOTHY Q. FEELEY
February 8, 2006          Assistant U.S. Attorney
                          (617) 748-3172
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel a copy of the foregoing document by electronic filing notice.

```
                          /s/ Timothy Q. Feeley
                          TIMOTHY Q. FEELEY
                          Assistant U.S. Attorney
```