UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>    ) CRIMINAL NO. 03-10372-NG<br>JOHN RYAN    ) | |

## NOTICE OF APPEARANCE OF PETER E. GELHAAR

Please enter my appearance as attorney of record for John Ryan in the above-captioned matter. This appearance is filed simultaneously with the notice of withdrawal filed by Barry S. Pollack. I have been a member of the CJA panel for many years, and, although I am not currently serving on the panel, I have the experience and expertise to represent Mr. Ryan until the conclusion of his case. Please continue to send ECF and other notices in this matter to Karen A. Pickett who also represents Mr. Ryan in this matter.

/s/ Peter E. Gelhaar

_____
Peter E. Gelhaar
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated:    March 28, 2006