UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>JOHN RYAN                 )<br>                                  ) | CRIMINAL NO. 03-10372-NG |

## NOTICE OF WITHDRAWAL

Please note my withdrawal as counsel of record in this matter. Please note that, simultaneously with the filing of this motion, Peter E. Gelhaar is filing his notice of appearance, and that Mr. Ryan consents to my withdrawal and to the entry of appearance of Peter E. Gelhaar.

Respectfully submitted,

/s/ Barry S. Pollack
Barry S. Pollack
Sullivan & Worcester, LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
bpollack@sandw.com

Dated: March 28, 2006

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2006.

/s/ Barry S. Pollack