UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2006 APR 21 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 03-10372-NG |
| JOHN RYAN | ) | |

## DEFENDANT JOHN RYAN'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant John Ryan respectfully moves that this Court allow him to file his sentencing

memorandum under seal.

Respectfully submitted,

JOHN RYAN
By his attorneys,

/s/   Karen A. Pickett
Peter E. Gelhaar (BBO # 188310)
Karen A. Pickett (BBO# 633801)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated:        April 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of
the above document was served upon the
attorney of record for each party by mail/by hand

Date: 4/21/06   Karen A. Pickett