```
1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3

4

5     UNITED STATES        )    CR. NO. 03-10372-NG

6     VS.                  )    COURTROOM NO. 2

7     JOHN RYAN            )    1 COURTHOUSE WAY

8                               BOSTON, MA  02210

9

10

11               FINDINGS OF FACT

12                 APRIL 26, 2006

13                   3:23 P.M.

14

15

16

17

18     BEFORE THE HONORABLE NANCY GERTNER

19        UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24             VALERIE A. O'HARA

25           OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by TIMOTHY Q. FEELEY,
     ASSISTANT UNITED STATES ATTORNEY, One Courthouse Way,
 3   Suite 9200, Boston, Massachusetts  02210, for the United
     States;
 4
          Donnelly, Conroy & Gelhaar, by KAREN A. PICKETT,
 5   ATTORNEY, One Beacon Street, Boston, Massachusetts  02108,
     for the Defendant.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       FINDINGS OF FACT
 2            THE COURT:  Mr. Ryan, would you please stand.
 3   This is not a sentence for a reward well spent, it's a
 4   sentence that recognizes certain realities, the realities of
 5   your cooperation, the realities of the significance of your
 6   cooperation to whether you can possibly go back to that
 7   life, and you can't.  The realities of the people in this
 8   room who support is extraordinary, and the reality of my
 9   sense of you is an enormously talented man who needed to
10   shake off this stuff in order to show what those talents
11   are.
12            I'm going to sentence you to time served,
13   supervised release of three years, period of time served,
14   supervised release, three years.  The supervision will take
15   place in New York it looks like, that's where you're living
16   now.  It will give us an opportunity to see whether or not
17   my faith in you is justified because one of the things that
18   happens if you do this again, you will wind up in jail, and
19   you will wind up in jail given this record and this track
20   record for a fairly long time.
21            So if the cooperation didn't represent a break
22   from the past, you have to recognize that you have no more
23   chips left, you have no more coupons left at all, this is
24   it.  So I will sentence you to, as I said, time served,
25   supervised release for three years, no fine because it's
```

1    unlikely you're able to pay.
2         While you're on supervised release, you're not to
3    commit another federal, state or local crime and shall not
4    illegally possess a controlled substance.  You're obviously
5    to refrain from the unlawful use of a controlled substance,
6    submit to one drug test within 15 days of your release and
7    two periodic drug tests thereafter, not to exceed 104 tests
8    per year.  We take any illegal drug-taking seriously.  There
9    are no passes here.  You're talking about nothing.
10        You shall comply with the standard conditions,
11   and, in addition, you're prohibited from possessing a
12   firearm or other dangerous weapon and from traveling to
13   California without the expressed permission of the probation
14   officer which will be granted only to resolve your pending
15   parole case, and such purpose can be verified.
16        You're to pay a special assessment of $100, which
17   is due immediately.  Just for the record, I have adopted the
18   presentence report entirely without change.  There's no
19   mandatory minimum here.  I am departing from the advisory
20   guideline of 57 to 71 months because of the plea agreement
21   and the 5K motion reflected there, and I'm departing
22   downward from 57 months to what is essentially four months.
23        You have a right to appeal.  Your lawyer will let
24   you know what that consists of.  Please don't walk out of
25   this courtroom thinking that nothing has changed because

1  everything has changed in your life.  You have no leeway to
2  go back to the life you led unless you wish to die in jail.
3  So with that, thank you all very much.
4                              - - - -